THE MACMILLAN COMPANY, A CORPORATION, &c., DEFENDANT IN ERROR, v. ROBERT STEWART, PLAINTIFF IN ERROR.

Submitted July 10, 1903—Decided November 16, 1903.

On error to the Supreme Court.

For the plaintiff in error, *Henry J. Melosh.*

For the defendant in error, *Charles J. Roe.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by Mr. Justice Garretson, in the Supreme Court, in his opinion reported *ante p.* 212.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VOORHEES, VROOM, GREEN, GRAY. 12.

*For reversal*—None.